**No. D-2578. In the Matter of Disbarment of David Edward Kronemyer.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 267, 2011 U.S. LEXIS 4224.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 1039, 131 S. Ct. 629, 178 L. Ed. 2d 457, 2010 U.S. LEXIS 9024.